# United States District Court
## Violation Notice (Rev. 1/2020)

21ff09611064

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NF3 | E 1080661 | Burnham, J.D. | 142 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 04/11/2021 1649 | 10 USC 2671 |

Place of Offense: Sea Wall OKI, Eglin AFB

Offense Description: Factual Basis for Charge — NO Recreational Perm it

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Bontrager
First Name: Dakotah
MI: R

Tag No: CXE4910  State: FL  Year: 21  Make/Model: Jeep Klrk  Color: Grn

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

Forfeiture Amount: $ 65
+ $30 Processing Fee
Total Collateral Due: $ 95.00

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE

Court Address: 6 months susp.
Date: 4-11-2021 / 10-11-2021

X Defendant Signature: [signature]

Original - CVB Copy

*E1080661*

---

(For Issuance of an arrest warrant or summons)

I state that on 04/11, 20 21 while exercising my duties as a law enforcement officer in the Northern District of Florida.

I did cite the listed defendant for No Rec. Permit. The defendant had driven off road onto the Dunes and could not produce a permit. A warning (verbal) was given to the other violation. The defendant was trespassed from Eglin Rec. for 6 months.

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/11/2021  Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/04/2021 15:25